IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

M.I. FRIDAY MASON CONTRACTOR, )
INC., )
      Plaintiff, )
)
v. ) Civil Action No. 09-0508
)
TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
      Defendant. )

ORDER OF COURT

AND NOW this 3rd day of June, 2009, before the court is defendant's motion to stay pending the outcome of arbitration [doc. no. 6]. Upon review of the motion, memoranda in support and plaintiff's response thereto, the court finds that there is a related construction arbitration currently pending, the resolution of which will impact the instant case. IT IS HEREBY ORDERED THAT, in the interest of judicial economy, the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

/s/ [signature], J.

cc: All Counsel of Record