IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. I. FRIDAY MASON CONTRACTOR, INC., a Pennsylvania Corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation<br><br>　　　　　Defendant. | )<br>)<br>)　CASE NO. 09-cv-00508<br>)<br>)<br>)　Hon. Judge Gary L. Lancaster<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>STIPULATION FOR DISMISSAL</u>**

　　　It is stipulated by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1) that the Complaint in the above matter is voluntarily dismissed with prejudice. Each party shall pay its own costs, expenses and legal fees.

　　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　DICKIE, McCAMEY & CHILCOTE, P.C.


　　　　　　　　　　　　　　　　　　By: s/William D. Clifford
　　　　　　　　　　　　　　　　　　　　　William D. Clifford, Esquire
　　　　　　　　　　　　　　　　　　　　　PA I.D #34959

　　　　　　　　　　　　　　　　　　Two PPG Place, Suite 400
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　(412) 281-7272

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　M.I. Friday Mason Contractor, Inc.

FRANTZ WARD, LLP


By: s/Aaron S Evenchik
     Aaron S. Evenchik, Esquire
     Ohio I.D #0073809

2500 Key Center
127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660

Attorneys for Defendant,
Travelers Casualty and Surety Company of America



SO ORDERED, this 26th day of April, 2010.


s/Gary L. Lancaster
_____ , C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge